United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2363

| | | |
|---|---|---|
| Charles Crawford, Individually & on behalf of others similarly situated, | * * * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Teresa Kaiser, Individually & as | * | |
| Director of the Missouri Division of | * | [UNPUBLISHED] |
| Child Support Enforcement, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: January 14, 1998
Filed: February 4, 1998

_____

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and JONES,[1] District Judge.

_____

PER CURIAM.

---

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota, sitting by designation.

Charles Crawford appeals the order of the District Court[2] granting summary judgment for the defendant in Crawford's civil rights action, which challenged anadministrative modification of Crawford's child-support obligation. In his complaint, Crawford asserted claims based on the Fourteenth Amendment, the Supremacy Clause, and federal statutes and regulations. Crawford also seeks review of an order of the District Court denying him leave to amend his complaint.

Having reviewed the case, we find neither any error of law nor abuse of discretion in the challenged rulings. The judgment of the District Court is AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.